UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA BROWN,

                Plaintiff,

-against-

MERTZ GILMORE FOUNDATION, GOLDEN "JAY" BECKNER, individually, and MARION WONG CAPPIELLO, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020

19 Civ. 5004 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

In light of the Defendants' request to extend the time to complete discovery, and the mediation conference scheduled for February 4, 2020, the case management conference scheduled for February 3, 2020 is ADJOURNED to **February 20, 2020**, at **12:40 p.m.** By **February 13, 2020**, the parties shall submit their status letter as required by ¶ 16 of the Civil Case Management Plan and Scheduling Order, ECF No. 17.

    SO ORDERED.

Dated: January 30, 2020
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge